**Autry Lee JONES, Petitioner–Appellant,**

v.

**C. CASTERLINE, Respondent–Appellee.**

No. 04–30167.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Autry Lee Jones, Pollock, LA, pro se.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Autry Lee Jones, currently federal prisoner # 52873–080, appeals the district court's denial of his purported 28 U.S.C. § 2241 petition challenging a life sentence he received in Harris County, Texas, following his October 1981 Texas state-court conviction for possession of a controlled substance.

Jones's petition was an unauthorized filing over which the district court did not have jurisdiction. *See Jeffers v. Chandler,* 253 F.3d 827, 830 (5th Cir.2001); *United States v. Early,* 27 F.3d 140, 141–42 (5th Cir.1994). Jones's appeal is without arguable merit and is DISMISSED as FRIVOLOUS. *See Howard v. King,* 707 F.2d

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be

215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2.